## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| NECTALIER GONZALEZ, III, et al., | : | |
| | : | Case No.: 3:18-cv-11405-BRM-DEA |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| WELLS FARGO HOME MORTGAGE, | : | |
| a division of Wells Fargo Bank, N.A., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**THIS MATTER** having been opened to the Court on the Report and Recommendation of the Honorable Douglas J. Arpert, U.S.M.J., dated July 25, 2019 (ECF No. 13), recommending that Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 6) be denied[1]; the parties having been given the opportunity to respond or object to Judge Arpert's Report and Recommendation by August 8, 2019, pursuant to Local Civil Rule 72.1(c)(2); the parties having failed to respond or object to the Report and Recommendation as of that date; the Court having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 4th day of September 2019,

**ORDERED** that the Report and Recommendation (ECF No. 13) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 6) is

---

[1] This matter was dismissed without prejudice on November 15, 2019. (ECF No. 5.)

**DENIED**; and it is further

      **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**; and it is finally

      **ORDERED** that this case shall remain closed.

                  */s/ Brian R. Martinotti*_____
                  **HON. BRIAN R. MARTINOTTI**
                  **UNITED STATES DISTRICT JUDGE**