UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NECTALIER GONZALEZ, III,

    (Plaintiff)

v.

WELLS FARGO HOME MORTGAGE,
A DIVISION OF WELLS FARGO
BANK, N.A.

    (Defendant)

**Docket No.**: 3:18-cv-11405-BRM-DEA

**Judge**: Brian R. Martinotti

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that    Plaintiff, Nectalier Gonzalez, III
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

   September 4, 2019   .
(Date)

Dated:  10/04/2019

   */s/ Joseph A. Chang, Esq.*
Appellant (Attorney for Appellant)

 951 Madison Avenue
Street

 Paterson, New Jersey 070501
City, State, Zip

 973-925-2525
Telephone